## BALLINGER & LEE *et al.* v. VON WEISE.

No. 1607. Opinion Filed January 9, 1912.

Rehearing Denied February 6, 1912.

(121 Pac. 250.)

APPEAL AND ERROR—Review—Necessity of Case-Made. Errors not arising on the record proper cannot be considered in this court, unless the proceedings are brought to this court by a case-made, served within the time allowed by law or fixed by the order of the court.

(Syllabus by Ames, C.)

*Error from Carter County Court;*
*I. R. Mason, Judge.*

Action by Charles Von Weise against Ballinger & Lee, to recover damages on account of breach of contract. Judgment for plaintiff, and defendants bring error. Affirmed.

Opinion by AMES, C. The motion for new trial in this case was overruled on December 11th, and sixty days were al-

lowed within which to serve the case-made. The case-made was served on February 11th. No extension of time was procured, and therefore the case was not served within the time fixed by the court. We cannot therefore consider errors not appearing on the record proper, and, as none of the errors assigned arise on the record proper, the case should be affirmed.

By the Court: It is so ordered.